

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-372-CR

BENITO HINOJOSA                                                          APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

## MEMORANDUM OPINION[1]

## AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[1] *... See* Tex. R. App. P. 47.4.

DELIVERED: December 10, 2009